IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MOBOALJI OLUFUNMILAYO AOKO,**

*Petitioner*,

v.

**KRISTI NOEM,** *et al.*,

*Respondents*.

Civil No.: 8:25-cv-03901-JRR

## ORDER

Pending before the court is Petitioner Moboalji Olufunmilayo AOKO's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition"), as well as Respondents'[1] Response to Petition and Motion to Dismiss (ECF No. 16; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss today, January 15, 2026. For the reasons set forth on the record in open court, it is this 15th day of January 2026:

**ORDERED** that Petitioner's Motion to Accept Late Filing of Petitioner's Reply (ECF No. 19) shall be, and is hereby, **GRANTED**: and further it is

**ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that the Government's Motion to Dismiss (ECF No. 16) shall be, and is hereby, **DENIED as moot**; and further it is

**ORDERED** that the order at ECF No. 9 shall be, and is hereby, **VACATED**.

Madam Clerk is directed to **CLOSE THIS CASE**.

/S/_____
Julie R. Rubin
United States District Judge

---

[1] Respondents are referred to herein collectively as the "Government."